PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF TEXAS
**SAN ANGELO** DIVISION
**(5th circuit)**

<ins>MARSHALL TODDWARD # 02205270</ins>
Plaintiff's Name and ID Number

<ins>NEAL UNIT AMARILLO TEXAS</ins>
Place of Confinement

CASE NO. <ins>6:18-CV-045-C</ins>
(Clerk will assign the number)

v.

INSURING AGENT OF
DAVID DORAN / SHERIFF ELDORADO TEXAS
~~SCHLIECHER COUNTY JAIL / CITY OF ELDORADO~~
Defendant's Name and Address

city of el dorado ~~texas~~
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES xx NO
    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: _____
        2. Parties to previous lawsuit:
           Plaintiff(s) _____
           Defendant(s) _____
        3. Court: (If federal, name the district; if state, name the county.) _____
        4. Cause number: _____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: __NEAL UNIT, AMARILLO TEXAS, T.D.C.J.__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___ YES  xxx NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: __MARSHALL TODD WARD #02205270__
__9055 SPUR 591, AMARILLO, TEXAS 79107__

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: __DAVID DORAN / SCHLIECHER COUNTY SHERRIF__ INSURING AGENT. OF / OR
__EL DORADO JAIL, /CITY OF EL DORADO TEXAS__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__FAILED TO RENDER AID / DENIED MEDICAL CARE__

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. PRIOR TO BEING ARRESTED AND DETAINED IN THE SCHLIECHER COUNTY JAIL, UNDER THE ADMINISTRATION OF DAVID DORAN I HAD SURGERY TO RELOCATE AND RE ATTATCH MY KNEE CAP / PATELLA I WAS UNDER DR. ORDERS TO USE AN IMOBILISER AND CRUTCHES, AND INSTRUCTED TO HAVE IT REHABED TO INSURE PROPER HEALING NO MEDICAL INTAKE WAS DONE BY THE JAIL .. I WAS ARRESTED WITH OUT MY CRUTCHES OR BRACE .NO EFFORT WAS MADE TO SUPPLY ME WITH THE MEDICAL ASSISTING DEVICES TO PREVENT FURTHER INJURY, OR DAMAGE TO THE RECENT SURGICAL AREA,, NO MEDICAL CARE WAS PROVIDED AT ALL I WAS FORCED TO WALK IN THE JAIL WITHOUT CRUTCHES OR SUPPORTING BRACE , REPEATED COMPLAINING ABOUT , PAIN AND THE KNEE CAP MOVING OUT OF PLACE  RESULTED IN ME BEING MOVED TO RANKIN CO JAIL - HERE IT WAS ALL DOCUMENTED ,,BUT AFTER SEVERAL:ATTEMPTS TO GET ME TO MEDICAL CARE  SCHLIECHER CO ,REFUSED TO PAY FOR MEDICAL RANKIN CO REFUSED TO CONTINUE TO HOUSE ME,,,AND CALLED SCHLIECHER CO TO COME GET ME , UPON RETURNING TO THE JAIL IN ELDORADO ,TX THE INTAKE JAILER NOTICED MY LEG DURING THE INTAKE STRIP SEARCH

VI. RELIEF: AND IMMEDIATELY NOTIFIED THE HEAD JAILER OF MY CONDITION

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. REIMBURSEMENT FOR PAIN AND SUFFERING ,,COMPENSATION FOR WHAT HAS NOW BECAME A PERMINATE DISSABILITY ,,MEDICAL BILLS,,LOSS OF WORK AND ALL FUTURE POSSIBLE COMPLICATIONS .MONITARY PAYMENT IN THE AMMOUNT OF FIVE MILLION DOLLARS  5,000,000.00$

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
MARSHALL TODD WARD

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ# 2205270  FED 24978-180  N.C. 16472-07

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  xx NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 10-18-18
DATE

Marshall Todd Ward
_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 18th day of October, 20 18.
(Day)           (month)            (year)

Marshall Todd Ward
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

```
V.                        STATEMENT OF CLAIM
                          ------------------------------------
   ATTACHMENT : B
   PLAINTIFF : MARSHALL TODD WARD
        V/S
   DEFENDANT : DAVID DORAN /SCHLIECHER CO.SHERIFF DEPT
               CITY OF ELDORADO ,TEXAS
```

STATEMENT CONTINUED, AS FOLLOWS:

  SEEING THE SEVERITY OF THE FAILED SURGICAL AREA ,AND THAT THE KNEE CAP HAD MOVED THREE INCHES OUT OF PLACE INTO MY THIGH ,AND NOTICING THAT IT WAS INFACT SEVERLY INFECTED ,THEN NOYIFIED THE JAIL ADMINISTATOR ,WHO REALISED THEN THAT SHE HAD NO CHOICE BUT TO RENDER AID ,,,IMMEDIATLY I WAS TRANSPORTED TO THE HOSPITAL THE FOLLOWING DAY ,,,THE DR RECOMENDED IMMEDIATE SURGERY AND HOSPITALISATION TO STOP THE INFECTION ,

  I WAS TRANSPORTED BACK TO THE JAIL WHERE I WAS HELD WITH OUT TREATMENT FOR MY KNEE FOR THREE MORE DAYS ,WHILE THE JAIL POSTED MY BOND ,

  I WAS THEN RELEASED ON BOND LEFT TO WALK TO SANANGILO WHERE I WAS RUSHED TO SURGERY AND RELEASED WITH AND INFECTION SO SEVERE THAT I ENDED UP IN INTINSIVE CARE IN LUBBOCK U.M.C. FOR 16 DAYS , FIGHTING FOR MY LIFE FROM INFECTION THAT COULD HAVE BEEN PREVENTED BY ASSISTING ME IN THE JAIL TO START WITH

  I NOW HAVE PERMINATE DAMAGE FROM THIS NEGLECT ,AND LIFE LONG DISSABILITY .

                    END OF STATEMENT  *[signature] Marshall Todd Ward  10-18-18*

THE ABOVE IS A TRUE ACCOUNT OF EVENTS THAT OCCURED IN THE SCHLIECHER CO JAIL ,IN ELDORADO TEXAS ,FROM THE MOMENT I ENTERED IN MARCH THE 10TH UNTILL I WAS KICKED OUT OF THE JAIL MAY 11th 2017

```
           ICAL RECORDS WILL BE NEEDED FROM ,
    EL DORADO TEXAS MEDICAL , HOSPITAL
    SHANNON HOSPITAL ,SAN ANGILO TEXAS
U.M.C LUBBOCK TEXAS
YOU HAVE MY PERMISSION TO RECOVER THESE RECORDS
MARSHALL TODD WARD
D.O.B. 04/14/72
 S.S. # 242 04 6568
```

*[signature: Marshall Todd Ward]*

```
A COMPLAINT WAS FILED WITH THE TEXAS JAIL STANDARDS
THIS JAIL HAD NO MEDICAL INTAKE PROCEEDURE    OR CARE

NO CARE WAS OFFERED TO ME TILL I WAS NEAR DEATH .THEN I WAS
LEFT TO DEFEND FOR MYSEKF
```

| | | | LOCATION: ROW A3 K/H 25 | UNIT: DU |
|---|---|---|---|---|
| 38,099 | MEDICAL CO-PAY OWED: | .00 | NAME: WARD, MARSHALL TODD | |
| | FEDERAL COURT FEE OWED: | .00 | | ACCOUNT |
| | TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 07/31/18 | NUMBER: 02205270 |
| INDIGENT SUP. OWED: | .00 | OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | .00 |

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 9 | WU M BANTA | | 99.00 | 99.00 |
| 0 | CA DIAGNOSTIC UNIT | | .00 | 99.00 |
| 3 | CM | 27.00 | | 72.00 |
| 6 | CM | 64.05 | | 7.95 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.