UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MARSHALL TODD WARD § § | |
| vs. § | NO: MO:21-CV-00074-DC |
| § | |
| INSURING AGENT OF UPTON COUNTY § JAIL, DAN BROWN, DARCEY LYNCH, § UPTON COUNTY JAIL NURSE MEDICAL § DEPARTMENT, UPTON COUNTY JAIL § GUARDS § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

Additionally, Plaintiff's 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust, and his state law claims are **DISMISSED WITHOUT PREJUDICE**. And all previously dismissed Defendants are included in this final judgment, and the case against those previously dismissed Defendants is also **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED.**

**SIGNED this 6th day of October, 2021.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**